# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-31

_____

GERALD SIMMONS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

September 21, 2022


PER CURIAM.

   AFFIRMED.

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gerald Simmons, pro se, Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.